# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| Brenda Dotson, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| V. | ) Case No. 10-0040-CV-W-JTM |
| | ) |
| Michael J. Astrue, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Pending before the Court is plaintiff's *Application For Attorney's Fees Under The Equal Access To Justice Act*, filed November 19, 2010 [Doc. 17]. After due consideration of the issues presented, and in light of the agreement of the parties, it is

**ORDERED** that plaintiff is awarded attorney fees of $7,500.00 pursuant to the Equal Access to Justice Act as well as reimbursement for the $350.00 filing fee.

                                            */s/ John T. Maughmer*
                                         **JOHN T. MAUGHMER**
                                       **U. S. MAGISTRATE JUDGE**